■ KEVIN SCHMIDT et al., Appellants, v RICHARD SOBILO et al., Respondents.—Order unanimously affirmed without costs (see, Howard v Poseidon Pools, 134 AD2d 926, affd 72 NY2d 972, 134 AD2d 928 [appeal No. 2], lv denied 71 NY2d 806, 134 AD2d 928 [appeal No. 3], lv dismissed 72 NY2d 840; Manning v Manning, 134 AD2d 842, 843, affd 72 NY2d 972; Belling v Haugh's Pools, 126 AD2d 958, lv denied 70 NY2d 602, rearg dismissed 70 NY2d 748). (Appeal from order of Supreme Court, Chautauqua County, Cass, J.—summary judgment.) Present—Callahan, J. P., Denman, Boomer, Green and Lawton, JJ.